IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY LOMAX, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF ANTIOCH POLICE OFFICERS, et al.,<br><br>    Defendants. | No. C 11-02858 CRB<br><br>**ORDER TO SHOW CAUSE** |

Plaintiffs filed the Complaint that started this action on June 10, 2011. On July 1, 2011, Defendants filed a Motion to Dismiss and, in the alternative, a Motion for a More Definite Statement. Dkt. 5. Plaintiffs have not responded to Defendants' Motions, and their deadline for doing so has expired.

Plaintiffs are ORDERED to SHOW CAUSE in writing by July 29, 2011 why this case should not be dismissed for failure to prosecute. Fed. R. Civ. P. 41(b). Further, if Plaintiffs oppose Defendants' Motions, they must file any such Opposition concurrently with their response to this Order to Show Cause.

**IT IS SO ORDERED.**

Dated: July 25, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\2852\OSC.wpd