IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY LOMAX, et al.,<br><br>        Plaintiff,<br><br>   v.<br><br>CITY OF ANTIOCH POLICE OFFICERS, et al.,<br><br>        Defendants._____/ | No. C 11-02858 CRB<br><br>**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE AND COMPLY WITH ORDER TO SHOW CAUSE** |

     On July 1, 2011, Defendants filed a Motion to Dismiss and for a More Definite Statement. Dkt. 5. On July 25, 2011, this Court issued an Order to Show Cause requiring Plaintiffs to (1) file a response to the pending Motions and (2) explain why this case should not be dismissed for failure to prosecute. Dkt. 9. Plaintiffs were required to act by July 29, 2011. Id. It is now more than week past Plaintiffs' deadline, and they have still not responded to Defendants' Motion or this Court's Order to Show Cause. Therefore, this case is hereby DISMISSED for failure to prosecute pursuant to Federal Rule 41(b).

     **IT IS SO ORDERED.**

Dated: August 8, 2011

                                                  CHARLES R. BREYER<br>                                                  UNITED STATES DISTRICT JUDGE