IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY LOMAX, et al.,<br>    Plaintiffs,<br>  v.<br>CITY OF ANTIOCH POLICE, et al.,<br>    Defendants. | No. C 11-02858 CRB<br><br>**ORDER RE LATE FILED RESPONSE** |

After the Court dismissed the above-captioned matter for failure to prosecute, it received a Response from Plaintiffs to Defendants' Motion to Dismiss, which had been on calendar for August 12, 2011.  The Court has considered that filing and sees no reason to vacate the Order dismissing this case.  Plaintiffs do not explain why they missed their deadlines for opposing Defendants' Motions and responding to the Court's Order to Show Cause.

**IT IS SO ORDERED.**

Dated: August 10, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\2858\Order re Judgment.wpd