IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY LOMAX, BRENDA G. LOMAX, CHRISTOPHER J. LOMAX, AND BRIANA N. LOMAX,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF ANTIOCH POLICE OFFICERS, SGT. STEVE BIAS, JAMES STENGER, DESMOND BITTNER, et al.,<br><br>Defendants. | No. C 11-02858 CRB<br><br>**JUDGMENT** |

Having granted Defendants' motion to dismiss, the Court hereby enters judgment for Defendants and against Plaintiff.

**IT IS SO ORDERED.**

Dated: September 15, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\2858\Judgment 2.wpd